UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

        Mario L Sorroche Moreno        Case No. 19-17620-RAM

              Debtor(s).                 Chapter 13
_____/

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the Debtor's Emergency Motion to Compel Turnover, Motion For Contempt , Motion For Sanctions Pursuant Section 105(A) and 11 USC 362k Automatic Stay Violation Against Senna Lenders Corp Filed by Debtor Mario L Sorroche Moreno ECF#16 and Notice of Hearing ECF#17 was sent to all parties on the attached service list on July 9, 2019.

Electronically: Nancy K. Neidich, Trustee

First Class Mail:

Debtor(s), Mario LSorroche Moreno
3740 E 8th Court
Hialeah, FL 33013-2802

Paul E. Wilson, Esq.
Attorney for Creditor Senna Lenders Corp.
Wilson Law Firm South Florida, P.A.
Bank of America Plaza
1776 N. Pine Island Rd., Suite 308
Plantation, FL 33322
Also via email: pwilson@paulwilsonesq.com

                                      Respectfully Submitted:

                                      **ROBERT SANCHEZ, P.A.**
                                      Attorney for Debtor
                                      355 West 49th Street
                                      Hialeah, FL 33012
                                      Tel. 305-687-8008
                                      By:*/s/ Robert Sanchez*_____
                                       Robert Sanchez, Esq., FBN#0442161