## UNITED STATES BANKRUTPCY COURT
## SOUTHERN DISTRICT OF FLORIDA

In re:
Mario L Sorroche Moreno,                              Case No. 19-17620-RAM
    Debtor(s)                                        Chapter 13
_____/

## **UPDATED FEE AFFIDAVIT AND ACTUAL DAMAGES**

I hereby certify under penalty of perjury the following is a true and accurate

representation of time and resources spent in relation to the case *sub judice*.

| DATE | STAFF | DESCRIPTION | TIME | PRICE/HOUR | SUB TOTAL |
|---|---|---|---|---|---|
| 7/3/2019 | RS | Client came to speak to RS because the creditor repoed his car. RS reviewed petition and facts about what transpired. Conferenced with JG | 0.7 | 425 | $297.50 |
| 7/3/2019 | JAG | Conference with RS and client | 0.7 | 125 | $87.50 |
| 7/3/2019 | JAG | Left message with staff member Sarah to tell her boss Sergio to call back ASAP | 0.1 | 125 | $12.50 |
| 7/3/2019 | JAG | Staff called back to inform us to contact Attorney Paul Wilson | 0.1 | 125 | $12.50 |
| 7/3/2019 | RS | RS spoke to Wilson about the facts and case law | 0.3 | 425 | $127.50 |
| 7/3/2019 | RS | Client discussion about previous conversation | 0.2 | 425 | $85.00 |
| 7/3/2019 | RS | RS sent email to JB | 0.1 | 425 | $42.50 |
| 7/5/2019 | JAB | Reviewed email from JG (JB returned from vacation) | 0.1 | 425 | $42.50 |
| 7/5/2019 | JAB | Reviewed email from RS; conference | 0.2 | 425 | $85.00 |
| 7/5/2019 | RS | Conference with JB | 0.2 | 425 | $85.00 |
| 7/5/2019 | JAB | Client came to the office and spoke with JB afterhours | 0.2 | 425 | $85.00 |
| 7/8/2019 | JAB | Reviewed registration records that client dropped off as well as the case itself | 0.3 | 425 | $127.50 |
| 7/8/2019 | JAB | Phone call and email with Attorney Wilson | 0.3 | 425 | $127.50 |
| 7/8/2019 | JAB | Drafted and filed emergency motion; left voicemail requesting hearing with Ms. Jackie Antillon. | 0.7 | 425 | $297.50 |
| 7/8/2019 | JAB | Debtor called and advised that the Creditor will not return any of the other personal items in the vehicle except for the documents and will charge him $150 for it. | 0.1 | 425 | $42.50 |
| 7/11/2019 | JAB | Preparation for hearing, review of case file, and notes; Conference with JG; | 0.5 | 425 | $212.50 |

1

| | | Printing/ECF COST: $3.75 | | | |
|---|---|---|---|---|---|
| 7/11/2019 | JAG | Conference with JB | 0.2 | 125 | $25.00 |
| 7/11/2019 | JAB | Phone call with client regarding case status and regarding recovery of missing items including insulin medicine; re-reviewed notes from earlier | 0.4 | 425 | $170.00 |
| 7/11/2019 | JAB | Reviewed Creditor response and email; along with case law and code section stated | 0.7 | 425 | $297.50 |
| 7/12/2019 | JAB | Court hearing with parking (COST: $11.00); Reviewed signed Court Order | 0.6 | 425 | $255.00 |
| 7/15/2019 | JAB | Reviewed and sent Insurance to the Creditor | 0.2 | 425 | $85.00 |
| 7/16/2019 | JAB | Sent follow up urgent email to the Creditor with Insurance again | 0.1 | 425 | $42.50 |
| 7/17/2019 | JAB | Received a response from Creditor's attorney and responded; Called client to pick up belongings | 0.2 | 425 | $85.00 |
| 7/17/2019 | JAB | Debtor called to inform of $98.25 for title; withheld return of truck pending title; sent email to Creditor's attorney; Creditor called mistaken about when truck could be returned | 0.3 | 425 | $127.50 |
| 7/23/2019 | JAB | Client called to inform that he began to work on Friday, but was out of work on Tuesday, Wednesday, and Thursday | 0.1 | 425 | $42.50 |
| 7/29/2019 | JAB | Preparation for hearing, review of case file, and notes; Conference with JG; Printing/ECF COST: $6.00 | 0.5 | 425 | $212.50 |
| 7/29/2019 | JAG | Conference with JB | 0.2 | 125 | $25.00 |
| 7/29/2019 | JAB | Prepared Fees and expenses incurred due to the repossession of the truck per court order | 0.4 | 425 | $170.00 |
| 7/30/2019 | JAB | Court hearing with parking (COST: $11.00) [Projected Time] | 0.5 | 425 | $212.50 |
| 8/1/2019 | JAB | Review of EHO; communicate with Jen, schedule deadlines; advise the client of the EH in October | 0.5 | 425 | $212.50 |
| 8/1/2019 | JAG | Conference for EH | 0.2 | 125 | $25.00 |
| 8/7/2019 | JAB | Forwarded email from Sergio to Wilson advising not to contact me directly; reached out to Wilson to discuss settlement. | 0.2 | 425 | $85.00 |
| 8/19/2019 | JAB | Review of another direct email from Sergio. | 0.1 | 425 | $42.50 |
| 8/19/2019 | SSS | Took phone call from Sergio | 0.1 | 125 | $12.50 |
| 8/19/2019 | JAB | Preparation, uploading and | 1.3 | 425 | $552.50 |

2

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | sending Discovery Documents at ECF 40; advised Wilson that Sergio emailed and that he called Ms. Sanchez a disgusting person and that she should get another job. |  |  |  |
| 8/21/2019 | JAB | Review of call history with SSS | 0.3 | 425 | $127.50 |
| 8/21/2019 | SSS | Review of call history with JAB | 0.3 | 125 | $37.50 |
| 9/3/2019 | JAB | Review of court docket and emails to see if there was a response that was due yesterday | 0.1 | 425 | $42.50 |
| 9/3/2019 | JAB | Notice of filing discovery good faith letter; extending deadlines for responses. ECF43; emailed creditor | 0.3 | 425 | $127.50 |
| 9/6/2019 | JAB | Expedited Motion to Compel Responses ECF44; obtain hearing and send COS; email to creditor [.9 No Charge N/C because reached an agreed order for this specific motion] | 0 | 425 | 0 |
| 9/9/2019 | JAB | Coordinated expedited hearing with chambers; six emails to/from Wilson [from 9/9/2019 - 9/13/2013] [0.7 N/C] | 0 | 425 | 0 |
| 9/10/2019 | JAB | Reviewed and responded to Wilson's email for an agreed order. [0.2 N/C] | 0 | 425 | 0 |
| 9/16/2019 | JAB | Agreed Order on Motion to Compel 48; and COS; emailed Wilson [0.4 N/C] | 0 | 425 | 0 |
| 9/17/2019 | JAB | Conference with JG | 0.2 | 425 | $85.00 |
| 9/17/2019 | JAG | Conference with JB | 0.2 | 125 | $25.00 |
| 9/17/2019 | JAB | Client called to speak about the EH and progression of case | 0.2 | 425 | $85.00 |
| 9/17/2019 | JAB | Prepared and filed 2004 Exam; Witness and mileage fee; sent cert. (Cost: $54.00 + $6.85) | 0.6 | 425 | $255.00 |
| 9/19/2019 | JAB | Review of court audio; Researching, drafting, uploading and serving Motion for Contempt; SJ; Memo; Entry of order | 5.2 | 425 | $2,210.00 |
| 9/19/2019 | JAB | Prepared Updated Fees and expenses incurred | 0.6 | 425 | $37.50 |
|  | JAB | Preparation for hearing, review of case file, and notes; Conference with JG; Printing/ECF COST: $6.00 [Projected Time] | 0.5 | 425 | $212.50 |
|  | JAG | Conference with JB [Projected Time] | 0.3 | 125 | $37.50 |
|  | JAB | Court hearing with parking (COST: $11.00) [Projected Time] | 0.5 | 425 | $212.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/02/2019 | JAB | 2004 Exam (Projected Cost: $200) [Projected Time = 2 Hours; not req. if court rules SJ] | 0 | 425 | $0.00 |
| | | | | | |
| | | Total Time Spent | 20.9 | | $8,162.50 |
| | | TOTAL COSTS | | | |
| | | TOTAL FEES and COSTS | $8,162.50 | $309.60 | $8,472.10 |

In addition, Mr. Sorroche had the following damages that occurred as a direct result after the Truck was taken on July 3, 2019 through the date of return on July 18, 2019 in the late afternoon.

| Mario Sorroche Moreno | Lost Income and Expenses | |
|---|---|---|
| Date | Description | Amount |
| 7/2/2019 | Truck was taken | |
| 7/8/2019 | Cost to retrieve items | $150.00 |
| 7/15/2019 | Placed insurance on vehicle and emailed Creditor's attorney | |
| 7/17/2019 | Average lost earnings of $300 per day; (7/17/2019 - 7/18/2019; 2 days) | $600.00 |
| 7/17/2019 | Transfer title fee paid by the Debtor | $98.25 |
| | | |
| | Total | $848.25 |

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Fla. and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that this was sent via CM/ECF to Paul Wilson, Esq. and to Nancy Neidich, Trustee on September 19, 2019.

        Respectfully Submitted:
        **ROBERT SANCHEZ, P.A.**
        Attorney for Debtor
        355 W 49th Street
        Hialeah, FL 33012
        Tel. 305-687-8008
        By: _/s/ Jose A. Blanco_____
            Jose A. Blanco, Esq., FBN#0062449