

**ORDERED in the Southern District of Florida on September 30, 2019.**

*[signature]*

**Robert A. Mark, Judge
United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:
Mario L Sorroche Moreno                           Case No. 19-17620-RAM
    Debtor.                                         Chapter 13
_____/

**ORDER GRANTING DEBTOR'S EXPEDITED MOTION FOR CONTEMPT, FOR SANCTIONS AGAINST SENNA LENDERS CORP., FOR DETERMINATION THAT THE MATTERS EMBRACED IN THE EVIDENTIARY HEARING ORDER AND OTHER DESIGNATED FACTS BE TAKEN AS ESTABLISHED AS THE DEBTOR CLAIMS, AND FOR FINAL SUMMARY JUDGMENT**
(This Order cancels the Evidentiary Hearing set for October 11, 2019 at 10:00AM)

This action having come before this Court on September 26, 2019 at 2:30 PM upon the Debtor's Expedited Motion for Contempt, for Sanctions Against Senna Lenders Corp. (herein "Creditor"), for Determination that the Matters Embraced in the Evidentiary Hearing Order and Other Designated Facts be Taken as Established as the Debtor Claims, and for Final Summary Judgment (herein "Motion for Contempt, Sanctions, and Final Judgment") [DE #51]:

    **IT IS ORDERED AND ADJUDGED** as follows:

1. The Motion for Contempt, Sanctions, and Final Judgment is GRANTED.

2. The Court's findings on the record are hereby incorporated into this Order Granting the Motion for Contempt, Sanctions, and Final Judgment.

3. The Court finds that the matters embraced in the Evidentiary Hearing Order at ECF#35 and other designated facts are taken as established as the Debtor claims, that the Requests for Admissions are all deemed admitted, and that any defenses of the Creditor are stricken as to issues of willfulness and damages.

4. The Court finds that the Creditor willfully violated the Automatic Stay under 11 USC § 362(k) by repossessing the Debtor's 2012 Volvo Truck (herein "Vehicle") with prior knowledge of the bankruptcy and furthermore refusing to return the Vehicle upon various demands by the Debtor's attorneys.

5. The Court finds that the Attorney's Updated Fees and Costs Affidavit found at ECF#52 are reasonable and are approved for a total amount of $9,320.35.

6. The Court also finds that the conduct of the Creditor was sufficiently egregious to warrant punitive damages in an amount twice that of the reasonable attorney's fees and costs for $18,640.70 to deter the Creditor's behavior.

7. The Court will enter a separate monetary Final Judgement for a total amount of $27,961.05 pursuant to these findings.

8. The Court instructs Debtor's counsel to provide additional notice of this Order via First Class US Mail to the Principal and Registered Agent for Senna Lenders at:

> Sergio G. Bertisch,
> President & R.A.
> 651 NE 191 Terrace,
> Miami, FL 33179

9. The Court shall retain jurisdiction of this Order to enforce the terms of this Order.

# # #

Attorney Jose A. Blanco, Esq. is hereby directed to serve a copy of this order upon all interested parties.

Respectfully Submitted By:
ROBERT SANCHEZ, P.A.
Attorney for Debtor
355 W 49th Street
Hialeah, FL 33013
Tel. (305) 687-8008
By:/s/Jose A. Blanco _____
Jose A. Blanco, Esq., FBN#062449