

**ORDERED in the Southern District of Florida on October 11, 2019.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Robert A. Mark, Judge**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:
Mario L Sorroche Moreno　　　　　　　　　　　　　Case No. 19-17620-RAM
　　Debtor.　　　　　　　　　　　　　　　　　　　Chapter 13

_____/

### FINAL JUDGMENT AGAISNT CREDITOR SENNA LENDERS CORP.

The Debtor, Mario L. Sorroche Moreno (herein "Debtor"), having prevailed pursuant to the Order Granting Motion For Contempt, Granting Motion For Sanctions, Granting Motion For Summary Judgment [ECF#58] and Creditor, Senna Lenders, Corp. (herein "Creditor") represented by its counsel having entered a general appearance upon ECF#20 and filing proof of claim #5 consented to the Court's jurisdiction over Creditor and the subject matter of this action;

I.

**IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED:**

That judgment be, and the same is hereby entered in favor of the Debtor, Mario L. Sorroche Moreno, 3740 E 8th Court, Hialeah, FL 33013-2802 and against Creditor, Senna

Lenders Corp., Sergio G. Bertisch, President & Registered Agent, 651 NE 191 Terrace, Miami, FL 33179 in the sum of $27,961.05, less $0.00 in payments, for a Total Sum of $27,961.05, that shall bear interest at the prevailing Federal Post Judgment Interest Rate pursuant to 28 U.S.C. 1961 per year from this date until December 31 of this current year, for which let execution issue. Thereafter, on January 1 of each succeeding year until the judgment is paid, the interest rate will adjust in accordance with the prevailing Federal Post Judgment Interest Rate pursuant to 28 U.S.C. 1961, for which let execution issue. The Total Sum shall be made to "Robert Sanchez, P.A., Trust Account" and mailed to Robert Sanchez, P.A., c/o Jose A. Blanco, Esq., 355 W 49th Street, Hialeah, FL 33012. The terms of this Final Judgment shall be enforceable against Creditor and Creditor's successors in interest and assigns. The Court retains jurisdiction after entry of this judgment.

# # #

Attorney Jose A. Blanco, Esq., is hereby directed to serve a copy of this Final Judgment on counsel for Creditor and to file a Certificate of Service thereof in accordance with applicable rules.

Respectfully Submitted By:
ROBERT SANCHEZ, P.A.
Attorney for Debtor
355 W 49th Street
Hialeah, FL 33012
Tel. (305) 687-8008
By:/s/Jose A. Blanco
Jose A. Blanco, Esq., FBN#062449