UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:
Mario L Sorroche Moreno                              Case No. 19-17620-RAM
    Debtor.                                              Chapter 13

_____/

### NOTICE OF SETTLEMENT

The Debtor, Mario L. Sorroche Moreno (herein "Debtor"), and the Creditor, Senna Lenders, Corp. (herein "Creditor") represented by its counsel, have reached a settlement in all matters relating to Motion for Partial Reconsideration of (Partial Relief from) Order Granting Debtor's Expedited Motion for Contempt, for Sanctions Against Senna Lenders Corp., for Determination that the Matters Embraced in the Evidentiary Hearing Order and Other Designated Facts be Taken as Established as the Debtor Claims, and for Final Summary Judgment [ECF#58] and from the Final Judgment Against Creditor Senna Lending Corp. [ECF#64], and Motion to Set Aside Findings or Amend Findings in Said Order, and/or Make Additional Findings [ECF#65]. The parties are finalizing the settlement documents and will file the appropriate documents in the near future.

                                                  Respectfully Submitted By:
                                                ROBERT SANCHEZ, P.A.
                                                Attorney for Debtor
                                                355 W 49th Street
                                                Hialeah, FL 33012
                                                Tel. (305) 687-8008
                                                By:/s/Jose A. Blanco _____
                                                Jose A. Blanco, Esq., FBN#062449