## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re: MARIO L. SORROCHE MORENO,                    Case No.: 19-17620-RAM
_____Debtor._____/       Chapter 13

**AGREED MOTION TO APPROVE *STIPULATION ON CREDITOR'S MOTION FOR PARTIAL RECONSIDERATION* IN SETTLEMENT OF *MOTION FOR PARTIAL RECONSIDERATION OF (PARTIAL RELIEF FROM) ORDER GRANTING DEBTOR'S EXPEDITED MOTION FOR CONTEMPT, FOR SANCTIONS AGAINST SENNA LENDERS CORP., FOR DETERMINATION THAT THE MATTERS EMBRACED IN THE EVIDENTIARY HEARING ORDER AND OTHER DESIGNATED FACTS BE TAKEN AS ESTABLISHED AS THE DEBTOR CLAIMS, AND FOR FINAL SUMMARY JUDGMENT [ECF#58] AND FROM THE FINAL JUDGMENT AGAINST CREDITOR SENNA LENDING CORP. [ECF#64], AND MOTION TO SET ASIDE FINDINGS OR AMEND FINDINGS IN SAID ORDER, AND/OR MAKE ADDITIONAL FINDINGS* [ECF#65]**
[Agreed as Between Debtor and SENNA LENDERS CORP.]

COMES NOW SENNA LENDERS CORP. ("SENNA"), through undersigned successor counsel, and files this *Agreed Motion to Approve Stipulation on Creditor's Motion for Partial Reconsideration in Settlement of Motion for Partial Reconsideration of (Partial Relief from) Order Granting Debtor's Expedited Motion for Contempt, for Sanctions Against Senna Lenders Corp., for Determination that the Matters Embraced in the Evidentiary Hearing Order and Other Designated Facts be Taken as Established as the Debtor Claims, and for Final Summary Judgment [ECF#58] and from the Final Judgment Against Creditor Senna Lending Corp. [ECF#64], and Motion to Set Aside Findings or Amend Findings in Said Order, and/or Make Additional Findings [ECF#65]* [ECF#81], and states:

1.      SENNA filed its *Motion for Partial Reconsideration of (Partial Relief from) Order Granting Debtor's Expedited Motion for Contempt, for Sanctions Against Senna Lenders Corp., for Determination that the Matters Embraced in the Evidentiary Hearing Order and Other Designated Facts be Taken as Established as*

*the Debtor Claims, and for Final Summary Judgment [ECF#58] and from the Final Judgment Against Creditor Senna Lending Corp. [ECF#64], and Motion to Set Aside Findings or Amend Findings in Said Order, and/or Make Additional Findings [ECF#65]* ("*Motion for Partial Reconsideration*");

2.      The court set the hearing on the *Motion for Partial Reconsideration* for November 26, 2019, at 11:30 A.M.;

3.      SENNA and Debtor are pleased to advise the court that they have resolved all issues between them that the *Motion for Partial Reconsideration* raised, and their fully executed *Stipulation on Creditor's Motion for Partial Reconsideration* ("*Stipulation for Settlement*") reflecting that settlement is has been filed with the court [ECF#80];

4.      SENNA requests, and the Debtor agrees, that the court approve the *Stipulation for Settlement*;

5.      The *Stipulation for Settlement* --

   a.      Leaves in place the court's previous award of attorney's fees to the Debtor of $9,320.35;

   b.      Provides for an award of additional attorney's fees to Debtor of $2,125;

   c.      Reduces the court's previous award of punitive damages against SENNA from $18,640.70 to $500.00;

   d.      Provides for the court's entry of an *Agreed Amended Final Judgment* in Debtor's favor and against SENNA in the amount of $11,945.35;

e.  Allows SENNA to pay the $11,945.35 in five, equal, consecutive, monthly installments of $2,389.07 commencing November 5, 2019 (the first installment of which has already been paid);

f.  Agrees to a plan interest rate of 5.25% applicable to SENNA's secured claim;

g.  Provides that Debtor will not object to SENNA's unsecured claim against the chapter 13 estate of $9,937.35, representing the difference between the total of payments that would be paid to SENNA if Debtor paid the contract interest rate and the total of payments that will be paid to SENNA at the agreed reduced rate of 5.25%;

h.  Provides for amended findings and additional finding that –

   i.  Senna knew that the 2012 Volvo 780 was titled under the Debtor's name jointly with the non-debtor entity that had not filed a bankruptcy when it repossessed the 2012 Volvo 780;

   ii.  Senna's Initial Counsel, PAUL EDWARD WILSON, JR., refused to return the 2012 Volvo 780 after demand to return was made by phone call on July 8, 2019, and email on July 8, 2019.

   iii.  PAUL EDWARD WILSON, JR., and not SENNA, refused to return the vehicle upon various demands by Debtor's attorneys;

   iv.  The conduct of the Creditor was sufficiently egregious to warrant punitive damages to deter SENNA's behavior; and

   v.  But for PAUL EDWARD WILSON, JR.,'s egregiously bad (and wrong) counsel, advice, and instruction, SENNA would

never have repossessed the vehicle post-petition or refused even one demand for its return.

i.   Provides that SENNA accepts the Debtor's payment of its secured claim at 5.25% without the necessity of filing a motion to value lien;

j.   Provides that SENNA will withdraw its objection to confirmation (which has already been done);

k.   Bars SENNA from seeking attorney's fees and costs; objecting to the treatment of its secured claim as described above; seeking adequate protection; seeking a different valuation; seeking a court finding that there is remainder value in the collateral for the benefit of unsecured creditors; and seeking to require that the corporate co-debtor be reinstated or seeking to retitle the collateral jointly in the Debtor's and co-debtor's names; and

l.   Provides for Debtor and SENNA to mutually release one another other than for the obligations set forth in the *Stipulation for Settlement*;

WHEREFORE, SENNA LENDERS CORP respectfully prays that this Honorable Court:

a. enter an *Order Approving the Stipulation on Creditor's Motion for Partial Reconsideration* in the form attached hereto as *Exhibit A*;

b. enter an *Agreed Amended Final Judgment* in Debtor's favor and against SENNA in the amount of $11,945.35 in the form attached hereto as *Exhibit B*;

c. enter an *Order Granting in Part and Denying in Part the Motion for Partial Reconsideration* in the form attached hereto as *Exhibit C*; and

d. grant such other relief as this court deems just and appropriate under the circumstances on the grounds set forth above.

Respectfully Submitted,

/s/ James Schwitalla
James Schwitalla, Esquire
F.B.N. 911488
jws@MiamiBKC.net
The Bankruptcy Law Offices
of James Schwitalla, P.A.
Attorney for Senna Lenders Corp.
12954 S.W. 133 Court
Miami, Florida 33186
Office (305) 278-0811