ORDERED in the Southern District of Florida on November 14, 2019



Robert A. Mark, Judge
United States Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re: MARIO L. SORROCHE MORENO,            Case No.: 19-17620-RAM
             Debtor.                  /            Chapter 13

### ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR PARTIAL RECONSIDERATION OF (PARTIAL RELIEF FROM) ORDER GRANTING DEBTOR'S EXPEDITED MOTION FOR CONTEMPT, FOR SANCTIONS AGAINST SENNA LENDERS CORP., FOR DETERMINATION THAT THE MATTERS EMBRACED IN THE EVIDENTIARY HEARING ORDER AND OTHER DESIGNATED FACTS BE TAKEN AS ESTABLISHED AS THE DEBTOR CLAIMS, AND FOR FINAL SUMMARY JUDGMENT [ECF#58] AND FROM THE FINAL JUDGMENT AGAINST CREDITOR SENNA LENDING CORP. [ECF#64], AND MOTION TO SET ASIDE FINDINGS OR AMEND FINDINGS IN SAID ORDER, AND/OR MAKE ADDITIONAL FINDINGS [ECF#65] AND CANCELING HEARING

Presently pending before the court is SENNA LENDERS CORP.'s ("SENNA's") *Motion for Partial Reconsideration of (Partial Relief from) Order Granting Debtor's Expedited Motion for Contempt, for Sanctions Against Senna Lenders Corp., for Determination that the Matters Embraced in the Evidentiary Hearing Order and Other Designated Facts be Taken as Established as the Debtor Claims, and for Final Summary*

*Judgment [ECF#58]* and from the *Final Judgment Against Creditor Senna Lending Corp. [ECF#64]*, and *Motion to Set Aside Findings or Amend Findings in Said Order, and/or Make Additional Findings [ECF#65]* ("the *Motion for Partial Reconsideration*"), ~~and based on the record~~ Based upon the Agreed Motion to Approve Stipulation filed by the Debtor and Senna Lenders Corp., it is **ORDERED** that:

1. The *Motion for Partial Reconsideration* [ECF#65] is GRANTED IN PART and DENIED IN PART;

2. Pursuant to the terms of the *Stipulation on Creditor's Motion for Partial Reconsideration* [ECF#80], and the *Agreed Motion to Approve Stipulation* [ECF#81], the court --

    a. Leaves in place its previous award of attorney's fees to the Debtor of $9,320.35;

    b. Awards additional attorney's fees to Debtor of $2,125;

    c. Reduces its previous award of punitive damages against SENNA from $18,640.70 to $500.00; and

    d. Amends or supplements its previous findings, and FINDS that:*

        i. Senna knew that the 2012 Volvo 780 was titled under the Debtor's name jointly with the non-debtor entity that had not filed a bankruptcy when it repossessed the 2012 Volvo 780;

        ii. Senna's Initial Counsel, PAUL EDWARD WILSON, JR., refused to return the 2012 Volvo 780 after demand to return was made by phone call on July 8, 2019, and email on July 8, 2019;

        iii. PAUL EDWARD WILSON, JR., and not SENNA, refused to return the vehicle upon various demands by Debtor's attorneys;

*/ These amended findings with respect to the conduct of Senna's attorney, Paul Edward Wilson, represent the agreement of the Debtor and Senna and are not findings by the Court binding on Mr. Wilson in any non-bankruptcy dispute between Mr. Wilson and Senna.

      iv. The conduct of the Creditor was sufficiently egregious to warrant punitive damages to deter SENNA's behavior; and

      v. But for PAUL EDWARD WILSON, JR.,'s egregiously bad (and wrong) counsel, advice, and instruction, SENNA would never have repossessed the vehicle post-petition or refused even one demand for its return.

3. A separate *Agreed Amended Final Judgment* in Debtor's favor and against SENNA in the amount of $11,945.35 will be entered simultaneously herewith; and

4. A separate *Order Approving* the *Stipulation on Creditor's Motion for Partial Reconsideration* will be entered simultaneously herewith.

5. The November 26, 2019 hearing on the Motion for Partial Reconsideration [ECF #65] is canceled. *[handwritten, initialed]*

###

SUBMITTED BY: James Schwitalla, Esquire
The Bankruptcy Law Offices of James Schwitalla, P.A.
12954 SW 133 Court, Miami, FL 33186
Phone: 305.278.0811, Fax: 305.278.0812
jws@MiamiBKC.net