ORDERED in the Southern District of Florida on November 14, 2019



Robert A. Mark, Judge
United States Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re: MARIO L. SORROCHE MORENO,
           Debtor.
                                                    /

Case No.: 19-17620-RAM
Chapter 13

### ORDER APPROVING *STIPULATION ON CREDITOR'S MOTION FOR PARTIAL RECONSIDERATION* [ECF#80] IN SETTLEMENT OF *MOTION FOR PARTIAL RECONSIDERATION OF (PARTIAL RELIEF FROM) ORDER GRANTING DEBTOR'S EXPEDITED MOTION FOR CONTEMPT, FOR SANCTIONS AGAINST SENNA LENDERS CORP., FOR DETERMINATION THAT THE MATTERS EMBRACED IN THE EVIDENTIARY HEARING ORDER AND OTHER DESIGNATED FACTS BE TAKEN AS ESTABLISHED AS THE DEBTOR CLAIMS, AND FOR FINAL SUMMARY JUDGMENT [ECF#58] AND FROM THE FINAL JUDGMENT AGAINST CREDITOR SENNA LENDING CORP. [ECF#64], AND MOTION TO SET ASIDE FINDINGS OR AMEND FINDINGS IN SAID ORDER, AND/OR MAKE ADDITIONAL FINDINGS* [ECF#65]

THIS CAUSE came before the court without a hearing ~~at 11:30 A.M. on the 28th day of November 2019~~, on SENNA LENDERS CORP.'s ("SENNA's"), *Agreed Motion to Approve Stipulation on Creditor's Motion for Partial Reconsideration [ECF#80] in Settlement of Motion for Partial Reconsideration of (Partial Relief from) Order Granting Debtor's Expedited Motion for Contempt, for Sanctions Against Senna*

*Lenders Corp., for Determination that the Matters Embraced in the Evidentiary Hearing Order and Other Designated Facts be Taken as Established as the Debtor Claims, and for Final Summary Judgment [ECF#58]* and from the *Final Judgment Against Creditor Senna Lending Corp. [ECF#64]*, and *Motion to Set Aside Findings or Amend Findings in Said Order, and/or Make Additional Findings [ECF#65]* ("the *Agreed Motion to Approve Stipulation*"), and based on the record,

it is **ORDERED** that:

1. The *Agreed Motion to Approve Stipulation* [ECF#81] is GRANTED; and

2. Debtor and SENNA are ordered to abide by the terms of the *Stipulation on Creditor's Motion for Partial Reconsideration* [ECF#80];

3. A separate *Agreed Amended Final Judgment* in Debtor's favor and against SENNA in the amount of $11,945.35 will be entered simultaneously herewith; and

4. A separate *Order Granting in Part and Denying in Part the Motion for Partial Reconsideration* incorporating the terms set forth in the *Stipulation on Creditor's Motion for Partial Reconsideration* will be entered simultaneously herewith.

###

SUBMITTED BY: James Schwitalla, Esquire
The Bankruptcy Law Offices of James Schwitalla, P.A.
12954 SW 133 Court, Miami, FL 33186
Phone: 305.278.0811, Fax: 305.278.0812
jws@MiamiBKC.net

5. The amended findings with respect to the conduct of attorney, Paul Edward Wilson, Jr. represent the agreement of the debtor and Senna and are not intended to be findings by the Court binding on Mr. Wilson in any non-bankruptcy dispute between Mr. Wilson and Senna. /RAM/